**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7118**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

DANNY MERRIWEATHER, JR.,

              Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, Chief District Judge.  (3:12-cr-00016-1)

Submitted:  September 9, 2015     Decided:  September 14, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Merriweather, Jr., Appellant Pro Se.  Joseph Franklin Adams, OFFICE OF THE UNITED STATES ATTORNEY, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Merriweather, Jr., appeals the district court's denial of his self-styled "Motion to Dismiss Indictment, Information or Complaint Pursuant to the Interstate Agreement on Detainers Act Section IV(e)." On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Merriweather's informal brief does not challenge the basis for the district court's disposition, Merriweather has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED